IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ABILITYONE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:04CV113 |
| | ) | |
| LESA BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

For the reasons discussed in the Memorandum Opinion filed contemporaneously herewith, IT IS ORDERED that Plaintiff's Motion for Summary Judgment [Document #26] is DENIED. IT IS FURTHER ORDERED that Defendant's Motion for a Continuance [Document #32] is GRANTED, and this case is moved from the Court's January 2006 civil trial session to the April 2006 trial session. IT IS FURTHER ORDERED that the parties must participate in mediation in this case on or before February 15, 2006. Finally, IT IS ORDERED that Defendant will have 30 days from the date of this Order to serve an answer to Plaintiff's March 17, 2005 Requests for Admissions, specifically admitting or denying each of the facts alleged in Plaintiff's Requests for Admissions.

This, the 6th day of December, 2005.

United States District Judge